THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MELVILLE, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal from an order of Supreme Court, Washington County, dismissing a writ of habeas corpus. Appellant was convicted in the County Court of Kings County, May 16, 1939, for robbery, first degree; assault, second degree; and grand larceny and sentenced as a second offender to a term of thirty to sixty years. He argues on the writ of habeas corpus that it was necessary for the People to prove by direct physical production in evidence of the weapon that appellant used a dangerous weapon in the commission of the crime. Such a question as that is not open on habeas corpus and if it were it would be regarded as having no merit. Order unanimously affirmed. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of M. O. R. T. MOTOR LINES, INC., Appellant, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay contained in the order to show cause is continued if appellant applies to the Court of Appeals for permission to appeal to that court within a period of ten days after the entry and service of the order herein. If such an application is made within the time specified the stay is further continued until the application is determined by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1016.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EARL J. BLANCHARD, Individually and as Executor of LUCY BLANCHARD, Deceased, Respondent, et al., Defendants. (Action No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ARTHUR BLANCHARD et al., Defendants, and EARL J. BLANCHARD, Intervener, Respondent. (Action No. 2.) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM PAYNE et al., Defendants, and EARL J. BLANCHARD, Respondent. (Action No. 3.) — Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1027.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL GAY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL GAY, Appellant.— Decision of this court, handed down December 30, 1952 (ante, p. 732), is hereby amended to read as follows: The issues raised on this appeal dealt only with the legality and severity of the sentences imposed. Otherwise the decision will remain as originally handed down. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.